IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANUMANT JOSHI, : | |
|     Petitioner : | |
|       v. : | Case No. 3:24-cv-34-KAP |
| L.J. ODDO, WARDEN, MOSHANNON : | |
| VALLEY PROCESSING CENTER, : | |
|     Respondent : | |

<u>Memorandum Order</u>

    Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 without a filing fee or motion to proceed *in forma pauperis*, it was administratively closed, and then petitioner paid the filing fee.

    Petitioner now moves to have the Marshal serve his habeas petition. ECF no. 7. That motion is denied without prejudice. If petitioner wants the United States to bear the cost of service, he needs to file a motion to proceed *in forma pauperis* showing that he is unable to pay that cost.

DATE:  March 11, 2024

                                                       Keith A. Pesto,
                                                       United States Magistrate Judge

Notice by U.S. Mail to:

Hanumant Joshi A# 220951956
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866